OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 28. 2015.

**5/21/2015**
**LOPEZ, DWAYNE KEITH    Tr. Ct. No. 12-11-12182-CR(1)        WR-83,335-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DWAYNE KEITH LOPEZ
- TDC # 2992532

RTS
Not on unit
Need correct
TDCJ #